IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DOE,

   Plaintiff,

v.

BUTLER COUNTY BOARD OF MENTAL
RETARDATION,
   Defendant

:   Case No.: C-1-05-706

:   ( Judge Herman J. Weber)

**ORDER**

 Parties are advised that the above styled case is SCHEDULED for a Hearing on Thursday, February 9, 2006 at 1:30 p.m.

 The Court will at that time address Plaintiff's Motion for Protective Order (#2).

**IT IS SO ORDERED.**

       __s/Herman J. Weber__
       Herman J. Weber, Senior Judge
       United States District Court