UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GEORGE ADAMS,

        Plaintiff,

  v.                                          C-1-05-706

BUTLER COUNTY BOARD OF
MENTAL RETARDATION AND
DEVELOPMENTAL DISABILITIES,
et al.,

        Defendants.

## ORDER

This matter is before the Court upon plaintiff's motion for protective order (doc. 2). Defendant opposes the motion (doc. 9). A hearing on the motion was held on February 9, 2006. Pursuant to the record established at the hearing, the motion for protective order is **DENIED**.

By stipulation of the parties, from this point on the caption of the case shall be *George Adams v. Butler County Board of Mental Retardation and Developmental Disabilities, et al.* The docket sheet shall be amended accordingly.

    **IT IS SO ORDERED.**

                                        S/ Herman J. Weber
                                                HERMAN J. WEBER
                              SENIOR JUDGE, UNITED STATES DISTRICT COURT

J:\HJWA\05-706protord.wpd